# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

133004 & (42)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JONATHAN PATRICK ROSE,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133004
COA: 263854
Wayne CC: 04-008300-01

On order of the Court, the application for leave to appeal the November 30, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

Clerk

s0416